# EXHIBIT #2

Steve Beebe Deposition

Pages 23-27

Pages 37-38

Page 40

Case No. CV-085-FHS

Steve Beebe	Aldaba vs. The Marshall County Board of Commissioners
November 6, 2012	Case No. CIV-12-85-FHS

Page 23

1  Q    To stop him from moving towards you
2  is the only reason you fired the Taser?
3  A    No. We were trying to get him
4  under control and trying to subdue him.
5  Q    Why?
6  A    We didn't want him to hurt himself.
7  There were medical personnel to my right
8  standing close to him, we were worried about
9  their safety. I was afraid he was going to run
10 into one of the rooms. There was a lot of
11 things to consider.
12 Q    Why did you think it was a
13 possibility he might run into a room?
14 A    Because he was not in his right
15 mind, and there was a lot of elderly patients in
16 that hospital in that area.
17 Q    When did you determine he was not
18 in his right mind?
19 A    When he was screaming and yelling.
20 Q    You made that decision at that
21 time?
22 A    At that time I determined we needed
23 to try to do something to subdue him before he
24 hurt anyone.
25 Q    In the video, tell me if I am

Steve Beebe
November 6, 2012
Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 24

1  wrong, but we see Mr. Leija walk in his room,
2  walk away from his room and start walking down
3  the hall with you, Atnip, and Beebe behind him.
4  And then walks out of the camera view and we
5  know he stops and you have a conversation with
6  him. Why did he stop?
7       MR. ANDERSON: Object to the form
8  of the question.
9       Q    (BY MR. BEAVER) Do you remember
10  that on the video, him walking out of his room?
11       A    I remember seeing that on the
12  video.
13       Q    Do you know why he stopped?
14       A    He stop probably because everybody
15  was talking to him.
16       Q    Who was talking to him?
17       A    Pickens.
18       Q    Do you remember what Pickens said
19  that would make him stop?
20       A    No, sir, I don't remember what he
21  said.
22       Q    Do you have any idea what made him
23  stop?
24       A    No.
25       Q    Did he, in fact, tell him to stop?

Steve Beebe  
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners  
Case No. CIV-12-85-FHS

Page 25

1    A    I don't remember saying to him to stop. I remember him talking to him, trying to calm him down.

4    Q    If other witnesses, the medical personnel say they heard him tell Mr. Leija to stop, do you disagree with that?

7    MR. ANDERSON: Object to form.

8    THE WITNESS: No, I don't disagree with what they say, because I don't know.

10    MR. ANDERSON: Object to form.

11    Q    (BY MR. BEAVER) At this point when he was walking down the hallway from his room, had he committed any crimes?

14    A    Can you state that question again?

15    Q    When Mr. Leija was just walking down the hallway away from his room, when you first saw him, had you seen him commit any crime?

19    A    No, sir.

20    Q    Had you been told he committed any crime?

22    A    No, sir.

23    Q    Did he appear to have any weapons?

24    A    No.

25    Q    Did he appear to have any place

Steve Beebe  
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners  
Case No. CIV-12-85-FHS

Page 26

1 where he could have been hiding any weapons?
2      A    No.
3      Q    Did you know he was a patient at
4 the hospital at the time you saw him again?
5      A    At the time when I saw him again,
6 yes.
7      Q    Would you have authority as a law
8 enforcement officer to tell him to stop at that
9 time as he walked away from his room?
10     A    No.
11     Q    Do you know what authority Officer
12 Pickens would have had to tell him to stop,
13 based upon what you saw?
14     A    No.
15     Q    Do you agree that he had the right
16 to leave the hospital at any time if he wanted
17 to?
18     A    Yes.
19     Q    At any time before he lost
20 consciousness, what had you learned about his
21 medical condition, other than he was a patient
22 at the hospital?
23     A    I didn't know anything about his
24 medical condition.
25     Q    Did you ask anybody?

1   A   No, sir.
2   Q   Why not?
3   A   Officer Pickens and Deputy Atnip
4   were up there talking to him first.
5   Q   Would it be important for you to
6   know what a medical condition was before you
7   went up to the hospital and shot someone with a
8   Stinger?
9        MR. ANDERSON: Object to the form.
10       THE WITNESS: Yes.
11       MR. BEAVER: But you didn't know.
12       THE WITNESS: No.
13  Q   (BY MR. BEAVER) When was the first
14  time that you heard officers or anybody tell him
15  to get on his knees?
16  A   The first time probably Deputy
17  Atnip asked him to do that.
18  Q   Was that before he took the ports
19  out of his arms or his hands?
20  A   No.
21  Q   Did you see Mr. Leija commit any
22  crimes at all that night?
23  A   When he was slinging the blood
24  around and progressing towards us.
25  Q   Do you believe that was a crime?

Steve Beebe　　　　　　　　　　　　　　　Aldaba vs. The Marshall County Board of Commissioners
November 6, 2012　　　　　　　　　　　　　Case No. CIV-12-85-FHS

Page 37

1　Stinger out?
2　　　A　Yes.
3　　　Q　From the time you pulled your
4　Stinger out up until the time you shoot him with
5　a Stinger, did you ever retrieve backwards away
6　if him?
7　　　A　Yes.
8　　　Q　How many times?
9　　　A　I probably took three steps back.
10　We gave him several commands before I deployed
11　the Stinger.
12　　　Q　What crimes do you believe you saw
13　him commit that night?
14　　　A　The crime of assault on a police
15　officer as he was slinging blood at us.
16　　　Q　Did you see him do that?
17　　　A　Yes.
18　　　Q　You believe when you saw him do
19　that, that's what he was trying to do was sling
20　blood on you?
21　　　A　He raised his fists at us, wanted
22　to fight us.
23　　　Q　Did you believe he was trying to
24　sling blood or use his blood as a weapon?
25　　　A　Yes.

Steve Beebe                                Aldaba vs. The Marshall County Board of Commissioners
November 6, 2012                                        Case No. CIV-12-85-FHS

Page 38

1        Q     Who was he trying to use his blood
2    as a weapon against?
3        A     The officers.
4        Q     Later on that night -- or sometime
5    later you wrote a statement about what happened?
6        A     Yes.
7        Q     When did do you that?
8        A     I did it after it all happened that
9    night.
10       Q     Who asked you to do that?
11       A     No one really asked me.  That's
12   just what we did.  That was the policy.
13       Q     Did you also talk to police
14   officers that night?
15       A     Yes.
16       Q     Did you talk to OSBI agents that
17   night?
18       A     Yes.
19       Q     Did you give them a written
20   statement that night or did you do an interview
21   with the OSBI agent?
22       A     To the best of my memory, I did a
23   verbal interview with them.
24       Q     Have you read that statement?
25       A     I have.

Steve Beebe
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 40

1   A   I believe Officer Pickens was
2   talking to him. I won't say he was giving him
3   orders, he was talking to him and trying to get
4   him to calm down.
5   Q   Did you tell him to go back to his
6   room before he pulled the ports out?
7   A   I believe someone told him -- asked
8   him to go back to his room and they could help
9   him in there.
10  Q   Did you tell OSBI that you believe
11  you had seen Mr. Leija commit a crime before
12  shooting him with your Stinger?
13  A   I don't remember. I honestly don't
14  remember what I told them.
15  Q   Did you write in your report that
16  night that you believed you saw Mr. Leija commit
17  a crime?
18  A   Not to my knowledge.
19  Q   Why not? Would that be important
20  for you to write?
21  A   The report I did that night about
22  the incident, you know, was the best I could
23  remember at that point.
24  Q   I am handing you a copy of the
25  interview that OSBI conducted with you.