# EXHIBIT #3

James Atnip Deposition

Pages 42-59

Pages 64-67

Pages 73-75

Case No   CV-085- FHS

James Atnip

November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners

Case No. CIV-12-85-FHS

Page 42

1    believe so.

2         Q    As you were approaching him, was he

3    standing still?  Take that back.

4              As you saw him walking out of the

5    room, describe what you see him do until the

6    time he stops.

7         A    As I am approaching, he came out of

8    the room, he is talking to Officer Pickens,

9    walks from one side of the hallway to the other.

10   And Pickens turns as he is coming around him and

11   Pickens is talking to him; and he is telling

12   Pickens they are trying to poison him and trying

13   to kill him.

14             Pickens tells him, "No one is

15   trying to kill you.  You need to let them help

16   you."

17             At this point we are walking past

18   the medical staff and other people are standing

19   in the hallway.  And then I heard someone say --

20   I believe it was a female voice that I heard

21   say, "If he leaves here in his condition, he

22   will die."

23             At this point I don't engage in any

24   conversation with him.  I stop probably five to

25   ten feet from Leija and Officer Pickens while

Page 43

1    Pickens is talking to him, trying to calm him

2    down.

3           Q      What happened next?

4           A      Leija seemed to be more agitated

5    and at that point, began to move his arms

6    around.

7           Q      In what way?

8           A      In hand gestures talking.

9                  And then he asked Officer Pickens

10   if he wanted to fight.  Officer Pickens told him

11   no one wanted to fight or hurt him, they just

12   wanted to help him.

13          Q      Mr. Leija walked out of his room

14   and was walking down the hall when you got

15   there, and then he stopped?

16          A      Yes.

17          Q      Why did he stop?

18          A      He stopped and started talking to

19   Officer Pickens.

20          Q      Do you know why he did that?

21          A      I have no idea why he stopped.

22          Q      Then what happened?

23          A      He continued to ask Officer Pickens

24   if he wanted to fight.  And Officer Pickens

25   assured him no one wanted to fight with him or

Page 44

1    hurt him.

2              He continued saying that they were

3    lying to him, trying to poison him, and kill

4    him.

5              He asked Officer Pickens again if

6    he wanted to fight.

7              He had I.V. ports in, I believe,

8    both of his hands, I am pretty sure his left

9    hand.  He threw his I.V. port out and blood

10   started going everywhere.

11        Q      Everywhere?

12        A      Yes.

13        Q      Describe that.

14        A      Blood began to run out of the wound

15   where the I.V. port was in and started dripping

16   down on the floor.  It was dripping off his

17   hand.

18        Q      In a constant stream or dripping?

19        A      Pretty good drip.  It wasn't a flow

20   stream, but it was dripping off his hand pretty

21   good.  So I'm assuming it was dripping off his

22   hand for it to be dripping the way it was.

23        Q      What happened next after he pulled

24   the I.V. ports out?

25        A      He asked Officer Pickens if he

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 45

1   wanted to fight.  Made the statement he would

2   fight.  And clinched his fist and was shaking

3   his fist and blood was coming off his hand.

4          Q      Where did it go?

5          A      Coming off his hand into the air

6   and going to the ground.

7          Q      Did you see any blood hit the

8   walls?

9          A      I don't remember.  I wasn't

10  focusing on the walls at that point.

11         Q      Did you see any blood hit any of

12  the officers?

13         A      No.

14         Q      How close was he to Officer

15  Pickens?

16         A      At one point he was probably one

17  foot to a foot and a half up close to his face.

18         Q      Was Officer Pickens the closest

19  person to him?

20         A      Yes, sir, he was.

21         Q      At this point he has pulled out the

22  I.V. ports and he is making these statements.

23  You said he was clenching his fist saying, "Do

24  you want to fight"?

25         A      Yes.

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 46

1    Q    He is in the hallway, right?

2    A    Yes.

3    Q    And he has stopped walking?

4    A    Yes.

5    Q    Describe for me where everybody is

6  at in relation to him.

7    A    I was on the opposite side of the

8  hallway from Mr. Leija, standing probably five

9  foot from Officer Pickens, standing close to the

10  wall.  And Deputy Beebe was probably three to

11  five feet behind me at about the center of the

12  hallway.

13    Q    Officer Pickens was where?

14    A    Close to the center of the hallway,

15  probably three to five feet from me.

16    Q    Did Mr. Mr. Leija have his back

17  facing the hallway wall?

18    A    Somewhat, yes.

19         (Exhibit No. 2 marked for

20         identification.)

21    Q    (BY MR. BEAVER)  I will hand you

22  Exhibit 2.  This is part of the OSBI report.  I

23  want you to go through what happened.

24         We left off, he had his fists up

25  and there was blood dripping off his hands and

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 47

1    he was offering to fight.

2              And I asked you about everyone's

3    position.  Tell me what happened next.  The

4    three of you are standing around him?

5        A      Not standing around him.  I am up

6    against the wall in the hallway.  At the point

7    the blood started flowing from his hand and he

8    gets up in Officer Pickens' face.  At that point

9    I also began to give him commands.

10       Q      What did you say to him?

11       A      That he needed to step back and

12   drop to his knees and calm down.

13       Q      What tone of voice were you using?

14       A      Command voice, trying to be

15   assertive and get his attention.

16       Q      Authoritative?

17       A      Yes, sir.

18       Q      How many times did you say that?

19       A      Several times.

20       Q      Did you say it in variations of

21   that or just the same thing over and over?

22       A      It may have varied.

23       Q      What was his response?

24       A      Nonresponsive.  He did not comply.

25       Q      Did he look at you?

Page 48

```
 1        A       I don't recall if he did or not.

 2        Q       Who was he focused on, if anyone?

 3        A       It appeared to be Officer Pickens.

 4        Q       What happened next?

 5        A       At the point he got close to

 6   Officer Pickens' his face, within a foot or so.

 7   Officer Pickens stepped back and we started

 8   giving commands.

 9        Q       What kind of commands?

10        A       Told him he needed to step back and

11   calm down and drop to his knees.

12        Q       Why did you tell him to drop to

13   his knees?

14        A       So we could get him out of an

15   aggressive stance and try to gain control.

16        Q       What happened next?

17        A       Started giving him orders.

18        Q       Then what happened?

19        A       He didn't comply.  I believe Deputy

20   Beebe was giving him orders.

21        Q       What kind of orders?

22        A       I'm not sure what Deputy Beebe was

23   saying.  I was telling him he needed to drop to

24   his knees, continued that, and told him he would

25   be tased if he did not comply.
```

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 49

1      Q      Did you have a Taser?

2      A      No, sir, I did not.

3      Q      Is that the word you used, "tased"?

4      A      I'm not sure.  It probably was.

5      Q      When you have a Stinger, do you

6  say, "I am going to Stinger you; you're going to

7  get tased" or "You're going to get stung"?  What

8  is the right terminology?

9      A      When I have used one or been

10  involved with someone else, I say "tased."

11      Q      Everyone knows the term "tased"?

12      A      Yes.

13      Q      What happened next?

14      A      I told him repeatedly that he

15  needed to drop to his knees and calm down or he

16  would be tased.

17      Q      Who had a Taser?

18      A      Deputy Beebe.

19      Q      Was he the only one?

20      A      Yes.

21      Q      What happened next?

22      A      This went on, it seemed like

23  forever, I'm not sure on the time frame.  Gave

24  him several commands and he did not comply.  He

25  continued to be aggressive, waving his hands

Page 50

1   around with the blood going everywhere.

2              After several commands that he was

3   going to be tased if he did not comply, Deputy

4   Beebe took over and started giving commands and

5   at some point be deployed the Stinger.

6        Q     Where at?

7        A     Towards Mr. Leija.  I saw one hit

8   him in the upper body area.  I saw one dart, but

9   I did not see the second dart.

10       Q     In the middle of the chest area?

11       A     Somewhere in the upper torso area,

12  chest area, yes.

13       Q     What does your training say about

14  the best location to apply the Taser or Stinger?

15       A     Truthfully, it's been so long since

16  I have used one, and it's been so long since I

17  have looked at the manual, I couldn't tell you

18  honestly.

19       Q     Do you remember if there is any

20  training about places to try to avoid any

21  application of the Stinger?

22       A     I do remember to avoid the head and

23  neck area.

24       Q     Anywhere else?

25       A     That's all I recall.  I would have

Page 51

1   to look at the manual.

2          Q      Do you recall any training about

3   trying to avoid the center of the chest?

4          A      Not that I recall.

5          Q      Or trying to avoid the areas where

6   vital organs are located, such as the groin area

7   or the heart?

8          A      I don't recall.

9          Q      What happened next?  We left off

10  with Deputy Beebe using the Taser.  You saw one

11  probe go towards his chest, and the other one

12  you didn't know what happened or didn't see it?

13         A      Correct.

14         Q      What happened next?

15         A      I know it had no effect on him.

16         Q      Why is that?

17         A      Normally if someone is tased they

18  will drop to the ground.

19         Q      Why didn't it have an effect on

20  him?

21         A      I have no idea.

22         Q      At the time, what did you believe

23  was the reason?

24         A      I don't know if I had that thought,

25  sir.

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 52

1        Q       Looking back, was the Taser
2   malfunctioning?
3        A       I'm not a technician for those, so
4   I can't answer.  I know it was deployed and it
5   didn't work.
6        Q       That's my question.  Did he receive
7   the voltage in the first shot?
8        A       I'm not sure.  He did not act like
9   he did.
10        Q       I have never seen a Taser.  I've
11   never shot one.  It's my understanding that both
12   probes have to connect in order for there to be
13   electric circulation; am I accurate?
14        A       I believe so, yes.
15        Q       If only one probe made contact and
16   the other one didn't, he would not have felt the
17   voltage?
18        A       Probably not.
19        Q       Did that happen?
20        A       At that point I did not know that,
21   but I believe it did.
22        Q       So he was shot with the Taser, and
23   it didn't seem to affect him.
24                What happened next?
25        A       I saw an opportunity to try to grab

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 53

1    him to restrain him.

2           Q      What did you do?

3           A      I went up and grabbed his right arm

4    around the wrist and elbow area.

5           Q      You have seen that portion of the

6    video, haven't you?

7           A      Yes.

8           Q      Whenever we see you, are you the

9    officer with the bald head in the video?

10          A      Yes.

11          Q      When we see you grab his right arm,

12   was that the only -- had you grabbed his right

13   arm off camera or was that the first time you

14   grabbed his arm?

15          A      That was the first time I grabbed

16   his arm.  I'm not sure how much of that is on

17   video.

18          Q      What happened next?

19          A      Once I grabbed him and tried to

20   restrain him, Officer Pickens grabbed the other

21   arm to restrain him.

22          Q      The left arm?

23          A      Yes.  We attempted to do an arm bar

24   takedown.

25          Q      And what happened?

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 54

1        A       We could not move his arms.

2        Q       What happened next?

3        A       We were able to turn him.  He was

4    struggling with us, and we were able to turn him

5    to get him against the wall by the cafeteria.

6        Q       Face first to the wall?

7        A       Yes.

8        Q       What happened next?

9        A       We were attempting to get his hands

10   behind him where we could restrain him, and we

11   could not move his arms.

12               Deputy Beebe came in and

13   administered a dry stung.

14       Q       What is that?

15       A       That's without the cartridge.  It's

16   just contact with the Stinger itself.

17       Q       Directly on the skin?

18       A       Yes.  Well, on the body through the

19   clothing.

20       Q       Where did he do that?

21       A       I'm not sure.  Somewhere in the

22   back area, but I'm not sure where because I was

23   not looking.

24       Q       You and Officer Pickens had ahold

25   of Mr. Leija against the wall when Deputy Beebe

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 55

1    applied the Taser the second time?

2              A    Yes.

3              Q    To the back?

4              A    Yes.

5              Q    What happened next?

6              A    Still appeared to have no effect on

7    him.

8                   We were unable to get him to loosen

9    up to where we could move his arms.  He was

10   still pulling against us pretty strongly.

11             Q    And then what happened?

12             A    Still would not comply.  And we

13   were telling him to calm down and put his hands

14   behind his back.  And he told us no.

15                  At some point during that struggle,

16   I took my knee or my foot and pushed it back

17   into the bend of his right leg where his leg

18   would bend some.

19                  At that point we were able to turn

20   him.  And we were going to place him on the

21   floor, and he started moving with us.  So we

22   went approximately 10 or 15 feet from where we

23   were standing at the wall to the floor.

24             Q    What position was he in at that

25   point when he went to the floor?

James Atnip                                    Aldaba vs. The Marshall County Board of Commissioners
November 6, 2012                                Case No. CIV-12-85-FHS

Page 56

1          A       Face down.

2          Q       Where were you?

3          A       On his right side still.

4          Q       What were you doing?

5          A       Trying to get his right arm more

6     where I could place it behind his back and

7     handcuff him.

8          Q       Where was Officer Pickens?

9          A       On his left side.

10         Q       What was he doing?

11         A       Also trying to get ahold of an arm

12    to get it behind his back.

13         Q       Where was Beebe?

14         A       Around his leg area.

15         Q       What was keeping Mr. Leija from

16    getting back up at that point?

17                 MR. ANDERSON:  Object to the form.

18                 THE WITNESS:  I guess he was unable

19    to use his arms to push himself up because we

20    were fighting him with his arms.

21         Q       (BY MR. BEAVER)  He was face down,

22    prone position?

23         A       He was in prone position.  I don't

24    remember which way he had his head turned.

25         Q       His chest was making contact with

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 57

1    the ground?

2            A     Yes.

3            Q     You said you had ahold of his arm

4    and you were trying to get his right arm behind

5    him?

6            A     Yes.

7            Q     Why?

8            A     So we could restrain him and put a

9    handcuff on him.

10           Q     Officer Pickens was doing the same

11   thing with the left arm?

12           A     He was attempting to, yes.

13           Q     Did you ever get handcuffs on him?

14           A     I was able to get one handcuff on

15   his right wrist.

16           Q     You were able to do that?

17           A     Deputy Beebe placed the handcuff on

18   him.  I was able to get his arm up to where

19   Beebe could place the handcuff on him.

20           Q     What happened next?

21           A     We were able to get that arm in

22   control and Deputy Beebe got a cuff on it.  And

23   he pulled his left arm and got it up underneath

24   his body, and Pickens got ahold of that arm.

25           Q     Where under his body?

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 58

1      A      He tucked in under his chest,

2    stomach area.

3      Q      Then what happened?

4      A      I believe Pickens was able to get

5    ahold of the arm.  All this was happening

6    simultaneously as we were getting the handcuff

7    on, because once Beebe got a cuff on, I heard

8    Leija make a grunting noise or some sort of

9    noise.

10               And I heard one of the nurses

11   comment.  And I looked and he was vomiting clear

12   liquid.

13     Q      Was he still struggling against

14   you?

15     A      Not once he vomited.  He was up to

16   that point.

17     Q      Where his eyes open or could you

18   see his face?

19     A      I didn't see his face.

20     Q      Then what happened?

21     A      Once he did that, one of the nurses

22   thought he was coding, and we rolled him over so

23   they could look at him.

24     Q      Let's go back to the point where

25   you heard somebody, you thought it was a female

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 59

1    voice, say -- I don't want to misquote you --

2    something to the effect of, "If he leaves here

3    he is going to die" or something like that.

4         A     My recollection is it was a female

5    voice, and they said, "If he leaves here, he

6    will die," something to that effect.

7         Q     Did you hear what the condition

8    was?

9         A     No.

10        Q     Did you hear anyone ask what the

11   condition was?

12        A     No.

13        Q     Did you know he had double

14   pneumonia at that time?

15        A     I don't know if I knew that at that

16   time.

17        Q     Did you know at that time that he

18   had a severe lung condition?

19        A     I don't believe so.

20        Q     Did you know at that time that he

21   was having difficulty breathing?

22        A     I don't believe so.

23        Q     Did you ever learn any of those

24   things or facts up until -- at any time that

25   night?

Page 64

1       A       At that point I did not.

2       Q       At any time during the

3   confrontation, did you make that determination?

4       A       That he needed --

5       Q       That he was a danger to himself.

6       A       I don't believe I did.

7       Q       Let's go back to the question.

8   When he put his fist up and said:  "Do you want

9   to fight," why didn't you, Officer Pickens, and

10  Beebe turn around and leave?

11      A       We were trying to calm the subject

12  down and find out what was going on.

13      Q       Do you believe that you had

14  authority to tell him to get on his knees, give

15  him any orders at all?

16      A       At the time I told him that, yes.

17      Q       You're a police officer and you

18  have a badge and a gun today.  If you told me

19  right now, "Get on your knees, Mr. Beaver," do

20  you believe you would have authority to do that?

21              MR. ANDERSON:  Objection; form.

22              THE WITNESS:  No.

23      Q       (BY MR. BEAVER)  Why would you with

24  Mr. Leija, but you wouldn't right now?

25      A       At that point I told Mr. Leija to

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 65

1   do that, he was attempting to sling blood on

2   another officer, which is a felony.

3        Q     I asked you earlier if he

4   threatened anybody.

5        A     And I said yes.

6        Q     I asked you how he threatened

7   anybody, and you said he was asking Officer

8   Pickens if he wanted to fight and he had his

9   fist up, correct?

10        A     Yes.

11        Q     When did you make the determination

12   that he had committed a felony and was trying to

13   sling blood on somebody?

14        A     After he had ripped his I.V. port

15   out and had raised his fist again and was

16   shaking blood and stepped towards Officer

17   Pickens.

18        Q     You believe he was intending to

19   throw blood on anybody?

20        A     He was attempting to make contact

21   with Officer Pickens.

22        Q     Did he make contact with Officer

23   Pickens?

24        A     No.  Officer Pickens stepped back.

25        Q     Did he follow Officer Pickens?

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 66

1     A     Yes, he did.

2     Q     Did Officer Pickens step back?

3     A     He continued to step back.

4     Q     Did he ever make contact with

5  Officer Pickens?

6     A     No.

7     Q     Why not?

8     A     Because Officer Pickens stepped

9  back.  Officer Pickens stepped back.  And that's

10  the point we started to give him commands that

11  he needed to drop to his knees.  At the time I

12  started giving him commands to do that.

13     Q     At this point why not just walk

14  away?

15     A     What point?

16     Q     At the time where he is walking

17  towards Officer Pickens.

18     A     Just like I told you, he was

19  attempting to commit a felony at that point.

20     Q     Of slinging blood?

21     A     Yes.

22     Q     You think that's what he was

23  attempting to do?

24     A     That's what he appeared to be doing

25  to me.

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 67

1          Q        You said he had his fist up?

2          A        Yes.

3          Q        And there was blood dripping from

4     his hand?

5          A        Yes.

6          Q        He said, "Do you want to fight" and

7     he had his fists up?

8          A        Yes.

9          Q        What made you think he was trying

10    to make contact with his blood on anybody?  What

11    did he do?

12         A        He was waving his fists around and

13    blood was flowing out of his hand.  And he

14    advanced towards Officer Pickens.

15         Q        Anything else?

16         A        No.  He advanced towards Officer

17    Pickens and had his hands up and was moving his

18    fists around and asking if he wanted to fight.

19         Q        In this diagram that was drawn by

20    the OSBI -- I don't know who did it.  Everyone

21    has received a copy -- Room 103 was his room; is

22    that right?

23         A        I'm not sure.

24         Q        Let's assume 103 was his room and

25    that's his room.

Page 73

1    facing -- but he was facing -- he didn't have

2    his back up against the wall still.  It was down

3    towards the hallway.

4         Q     Okay.  Were you planning on

5    arresting him?

6         A     I was planning on talking him into

7    custody.

8         Q     Out of the hospital?

9         A     Probably not.  At that point I was

10   focused on getting him restrained and calmed

11   down.

12        Q     You said you thought he had

13   committed a felony, right?

14        A     Yes.

15        Q     What were you going to do about

16   that felony?

17        A     I was going to get him into custody

18   at that point, and once we calmed him down and

19   then see if he needed to have charges filed or

20   have him evaluated by mental health.

21        Q     If charges were going to be filed

22   on him, were you planning on arresting him and

23   talking him to jail?

24        A     I hadn't thought that far ahead, to

25   tell you the truth at that point.

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 74

1        Q     From the time you grabbed ahold of

2  his right arm until the time that you let him

3  go, was he physically resisting you?

4        A     Yes.

5        Q     Pulling and pushing against you?

6        A     Yes.

7        Q     Exerting himself?

8        A     I would assume so.

9        Q     And he was against three officers

10  really at one point?

11             MR. ANDERSON:  Object to the form.

12             THE WITNESS:  No.  It was Pickens

13  and I.

14        Q     (BY MR. BEAVER)  Beebe never

15  touched him?

16        A     Once he was on the ground, yes, he

17  did.

18        Q     You believe a patient in the

19  hospital has a right to refuse medical treatment

20  if they want to?

21        A     Yes, I do.

22        Q     Why did you not believe that

23  Mr. Leija had the right to do that?

24        A     Looking back now, I don't think he

25  was in the right state of mind.  Looking back

James Atnip
November 6, 2012

Aldaba vs. The Marshall County Board of Commissioners
Case No. CIV-12-85-FHS

Page 75

1    now.

2           Q      That night.

3           A      I didn't make any determination of

4    that at any point.

5           Q      So your actions in grabbing his arm

6    and taking him to the ground didn't have

7    anything to do with his mental health or what

8    you believed at that time to be his mental

9    health, it had to do with the felony that you

10   thought he committed; is that right?

11                 MR. ANDERSON:  Object to the form.

12                 THE WITNESS:  When I took his arm,

13   I was trying to take control of him because of

14   him slinging the blood, yes.

15          Q      (BY MR. BEAVER)  And nothing else?

16          A      Not at that point.  I was just

17   trying to gain control of him.

18          Q      When was the first time he was

19   given an order or command by any of the three

20   officers there?

21          A      I don't believe he was given a

22   command until we told him to drop to his knees

23   after he had removed the I.V. and there was

24   blood flowing.

25          Q      Just so I am clear on the sequence