# EXHIBIT #4

Dr. Marc Harrison Deposition
(Medical Examiner)

Pages 17, 18, 24 & 25

Case No. CV.085- FHS

Marc Harrison                                Aldaba vs. Marshall County
October 30, 2012                             Case No. 6:12-CV-00085-FHS

Page 17

1  Q    And if you're sitting still, like you are right now,
2       and then you get up and you run around the room 25
3       times --
4  A    Uh-huh.
5  Q    -- is your oxygen intake going to increase?
6  A    Yes, it should.
7  Q    Is your body's need for oxygen going to increase?
8  A    Yes.
9  Q    Why is that?
10 A    Because you're putting a greater demand on your --
11      your heart and lungs, you're -- you're requiring more
12      oxygenation to your tissues of your body and your body
13      will respond by -- by increasing your respiratory rate,
14      your blood pressure.
15 Q    And what happens if your body is not able to absorb
16      enough oxygen to accommodate the exertion?
17 A    Then it will start failing in some way.
18 Q    Is that what happened to Mr. Leija?
19 A    That is my opinion, yes.
20 Q    What were the primary events that caused the exertion
21      right before his death?
22 A    He was in a physical struggle with deputies and a
23      police officer --
24 Q    Okay.
25 A    -- and others.

6:12-cv-00085-JHP   Document 64-4   Filed in ED/OK on 01/14/13   Page 3 of 5

Marc Harrison                                Aldaba vs. Marshall County
October 30, 2012                             Case No. 6:12-CV-00085-FHS

Page 18

1  Q    So when you say that the cause of death is
2       respiratory insufficiency due to acute pneumonia --
3  A    That's right.
4  Q    -- acute pneumonia is not the only factor; is that
5       right?
6  A    What do you mean by "only factor"?
7  Q    Well, he didn't die when he came into the hospital at
8       77 percent oxygen level?
9  A    Right.
10 Q    He died after -- almost immediately after this
11      struggle with the police officers.  What is the
12      relationship between that struggle and his time of death?
13           MR. ANDERSON:  Object to the form.
14 Q    (By Mr. Beaver:)  Go ahead and answer.
15 A    Okay.  The physical exertion was certainly a -- a
16      player in requiring more oxygenation to his tissues, in my
17      opinion.
18 Q    When you talk about the physical exertion, you mean
19      the struggle with the police officers that's depicted
20      partly on the video?
21 A    That's correct.
22 Q    When we experience physical pain, does that cause our
23      heart rate to increase?
24 A    Yes, it can.
25 Q    The greater the physical pain, the more increase in

Marc Harrison                                   Aldaba vs. Marshall County
October 30, 2012                                Case No. 6:12-CV-00085-FHS

Page 24

1           side --
2     A     Correct.
3     Q     -- of the spine?
4     A     Yes.
5     Q     Okay. Thank you, sir.
6           So he's shot with a taser, at least according to the
7     records and what you found in the autopsy, two different
8     times?
9     A     Apparently two --
10    Q     Once --
11    A     At least two, yes.
12    Q     Once on the front and once on the back; is that
13    right?
14    A     Correct.
15    Q     And would -- would you expect that that would
16    increase his need for oxygen?
17    A     It -- it certainly could, yes.
18    Q     And then following that, or sort of simultaneously to
19    that, he's in a struggle against three of the defendants.
20    A     Correct.
21    Q     Three officers.
22    A     He is in a struggle, as I can tell from the video,
23    with apparently three individuals, yes.
24    Q     Would that increase his oxygen, also -- or his need
25    for oxygen?

Marc Harrison  Aldaba vs. Marshall County
October 30, 2012  Case No. 6:12-CV-00085-FHS

Page 25

| | | |
|---|---|---|
| 1 | A | Yes. A struggle can increase your need for oxygen, |
| 2 | | yes. |
| 3 | Q | And with somebody with compromised lungs, with |
| 4 | | pneumoniaed lungs, how does that affect his ability to |
| 5 | | absorb oxygen when he needs it? |
| 6 | A | It is going to make it more difficult to -- to |
| 7 | | oxygenate your tissues. |
| 8 | Q | Is that what happened to Mr. Leija? |
| 9 | A | I -- I believe that the exertion certainly |
| 10 | | exacerbated his underlying pneumonia. |
| 11 | Q | The -- well, what is "positional asphyxiation"? Have |
| 12 | | you ever heard that term? |
| 13 | A | Yes, I have? |
| 14 | Q | What is "positional asphyxiation"? |
| 15 | A | "Positional asphyxiation" is a term we use when an |
| 16 | | individual is placed in a position where he cannot get an |
| 17 | | adequate respiratory -- respiration or he cannot take a -- |
| 18 | | an adequate breath. |
| 19 | Q | Okay. What are some of the risk factors for |
| 20 | | positional asphyxiation that you can think of today? |
| 21 | A | Well, certainly any sort of occlusion of his upper |
| 22 | | airway, having the neck flexed or having some sort of |
| 23 | | weight on the chest or weight on the -- the abdomen or the |
| 24 | | belly, so you can't take a full breath. Other things can |
| 25 | | certainly be -- |