# EXHIBIT #5

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

ERMA ALDABA, PERSONAL
REPRESENTATIVE AND NEXT
OF KIN TO JOHNNY MANUEL
LEIJA, DECEASED,

           PLAINTIFF,

vs                                  CASE NO. 6:12-cv-00085-FHS

THE BOARD OF MARSHALL
COUNTY COMMISSIONERS; JAMES ATNIP;
STEVE BEEBE; Marshall County
Sheriff ROBERT WILDER, in his individual
and official capacity; THE CITY OF MADILL,
a municipal corporation; BRANDON
PICKENS; Madill Chief of Police
JAMES FULLINGIM, in his
individual and official capacity,

           DEFENDANTS.

## Exhibit #5 to be attached to 3 Separate Documents:

1. PLAINTIFF'S RESPONSE TO DEFENDANT ATNIP AND BEEBE'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT

2. PLAINTIFF'S RESPONSE TO DEFENDANT PICKENS AND THE CITY OF MADILL'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT

3. PLAINTIFF'S RESPONSE TO DEFENDANT MARSHALL COUNTY'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT

**Copy of a DVD on the above referred to cause.**

**DVD to be submitted separately to the Court Clerk.**

**Delivered by hand January 14, 2013**

**This DVD is a copy of the Hospital Video in reference to the above entitled cause.**