IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERMA ALDABA, as personal representative and next of kin to Johnny Manuel Leija, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. CIV-12-0085-JHP ) |
| BRANDON PICKENS; JAMES ATNIP; and STEVE BEEBE, | ) ) ) |
| Defendants. | ) |

## ORDER

Pursuant to the Order of the Tenth Circuit Court of Appeals (Dkt. # 107), the Court hereby grants summary judgment in favor of Defendants Pickens, Atnip, and Beebe based on qualified immunity.

It is so ordered on this 26th day of January, 2017.

James H. Payne
United States District Judge
Eastern District of Oklahoma