IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ERMA ALDABA, as personal representative and next of kin to Johnny Manuel Leija, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-12-0085-JHP |
| MARSHALL COUNTY BOARD OF COUNTY COMMISSIONERS; CITY OF MADILL; BRANDON PICKENS; JAMES ATNIP; and STEVE BEEBE, | ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to this Court's orders entered on April 5, 2013 (Dkt. # 82) and January 26, 2017 (Dkt. # 112), the Court orders judgment be entered for the Defendants Marshall County Board of County Commissioners; City of Madill; Brandon Pickens; James Atnip; and Steve Beebe and against the Plaintiff in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED this 26th day of January, 2017.

*James H. Payne*
James H. Payne
United States District Judge
Eastern District of Oklahoma